**Order filed, September 6, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00268-CR
_____

**ALEXANDER PORTERFIELD SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 147th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-17-201426**

---

## ORDER

The reporter's record in this case was originally due July 2, 2018. *See* Tex. R. App. P. 35.1. The court previously granted two extensions of time to file the reporter's record. To date the record has not been filed. Because the reporter's record has not been filed timely, we issue the following order.

We order Kimberly D. Lee, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM